# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH J. SCHIRO,
                Appellant,
             vs.
RENEE BAKER, WARDEN,
                Respondent.

No. 70324

FILED

AUG 26 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for relief from judgment under NRCP 60(b). Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion in a criminal case, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:   Hon. Steve L. Dobrescu, District Judge
      Kenneth J. Schiro
      Attorney General/Carson City
      White Pine County District Attorney
      Attorney General/Ely
      White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-26674